# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAUL CORRADO,

       Plaintiff,

v.                                     CASE NO. 04-72354
                                     HON. LAWRENCE P. ZATKOFF

UNITED STATES OF AMERICA,

       Defendant.
_____/

## ORDER GRANTING REQUEST FOR ABEYANCE

The Court HEREBY GRANTS Plaintiff's November 4, 2005 request to hold the above case in abeyance until the United States Supreme Court decides *Washington v. Recuenco*.

IT IS SO ORDERED.

                                                         s/Lawrence P. Zatkoff
Date:  December 7, 2005                   LAWRENCE P. ZATKOFF
                                                         UNITED STATES DISTRICT JUDGE